■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK S. FROATS, Appellant.—Judgment unanimously affirmed. Memorandum: We

find that the plea was voluntarily and knowingly made and that the sentence was proper and appropriate in every respect. (Appeal from judgment of Onondaga County Court—sodomy, first degree.) Present—Marsh, P. J., Moule, Denman, Goldman and Witmer, JJ.